# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 29, 2018

SEAN F. McAVOY, CLERK

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. 1:18-MJ-04045-MKD |
| JOSIAH JACOB ARQUETTE | ) |
| | ) |
| *Defendant* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of  03/17/2018  in the county of  Yakima  in the  Eastern  District of Washington, the defendant violated  18  U. S. C. § 113(a)(6) & 1153 , an offense described as follows:

Assault Resulting in Serious Bodily Injury in violation of Title 18, United States Code, Section 113(a)(6) and 1153.

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

*Complainant's signature*

Peter Orth, SPECIAL AGENT, FBI
*Printed name and title*

☐ Sworn to telephonically and signed electronically.

X  Sworn to before me and signed in my presence.

Date: 3/29/2018

*Judge's signature*

City and state:    Yakima, Washington            MARY K. DIMKE, U.S. Magistrate Judge
*Printed name and title*

AUSA: BDS

## Josiah Jacob Arquette Complaint

On March 17, 2018, M.K.C., of Toppenish, Washington, called 911 to report that his adult son, M.C., had been stabbed. M.K.C. also reported that the assailant had stolen a white, flatbed pickup truck from the neighboring property.

M.K.C. transported M.C. to Astria Toppenish Community Hospital. From there, M.C. was transported by ambulance to Astria Regional Community Hospital in Yakima, Washington for treatment.

Your affiant was informed by the Yakama Nation Tribal Police of the attack and subsequent truck theft. Your affiant traveled to Astria Regional Hospital and interviewed the victim.  M.C. stated that the incident started when the front doorbell rang at his residence. M.C. answered the door and found an unknown Native American male standing there. The male was wearing a red hoodie.  The male requested that M.C. help locate a missing dog. M.C. declined the male's request. The male mumbled something, quickly opened the front door of the residence all the way and stabbed M.C. twice. M.C. was stabbed once in the arm and once in the stomach. M.C. described the weapon used against him as a knife.

M.C. closed the door and went into his house to seek help. At the same time, M.K.C. observed someone enter the white, flatbed pickup truck parked on the neighboring property and drive away quickly.

Your affiant spoke with Yakima County Sheriff's Sergeant Nate Boyer while at the hospital. Sergeant Boyer stated that he and other law enforcement officials had pursued a white, flatbed pickup truck that attempted to elude them. The vehicle eventually crashed, and the sole occupant and driver, Josiah Jacob Arquette, was taken into custody.  Arquette was wearing a red hoodie.

According to the Yakima County Sheriff's Deputy Derek Perez, after Arquette was taken into custody and read his Miranda rights, Arquette stated, "I'm sorry for stabbing your white people! You're white, aren't you? I only did it because I'm a racist and I hope he dies. I'm going to be famous and have my name in the paper! I have to be honest I only stabbed him because he is white and I wanted his truck."

Your affiant conducted a consent search on the white, flatbed pickup truck which had been impounded by the Yakima County Sheriff's Office after it crashed. During the search of the vehicle, your affiant located a knife with blood on it. The owner of the truck stated that he parks the truck on the property next to the Childers' residence.  The owner stated that he did not keep any knives in the vehicle.

According to the Yakama Nation administration, Josiah Jacob Arquette is an enrolled Yakama Nation Native American. The residence where the incident occurred is within the external boundaries of the Yakama Nation.

_____
Peter Orth, Special Agent
Federal Bureau of Investigation


Sworn to telephonically and subscribed electronically on this __29th__ day of March, 2018.

_____
HONORABLE MARY K. DIMKE
United States Magistrate Judge
Eastern District of Washington