PROB 12C
(6/16)

Report Date: April 8, 2021

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 09, 2021

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Josiah Jacob Arquette | Case Number: 0980 1:18CR02026-SMJ-1 |
| Address of Offender: | Toppenish, Washington 98948 |

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, Jr., U.S. District Judge

Date of Original Sentence: June 17, 2019

Original Offense:        Assault Resulting in Serious Bodily Injury, 18 U.S.C. §§ 113(a)(6) and 1153

| | | |
|---|---|---|
| Original Sentence: | Prison - 41 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Benjamin David  Seal | Date Supervision Commenced: February 12, 2021 |
| Defense Attorney: | Jeremy B Sporn | Date Supervision Expires: February 11, 2024 |

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number        Nature of Noncompliance

       1                **Special Condition #6**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court.  You must contribute to the cost of treatment according to your ability to pay.  You must allow full reciprocal disclosure between the supervising officer and treatment provider.

                **Supporting Evidence**: Mr. Arquette is alleged to have violated his conditions of supervised release by failing to report for drug and alcohol treatment on March 24 and 25, 2021, as directed.

                Per COVID-19 procedures, Mr. Arquette's conditions of supervised release were verbally reviewed with him on February 18, 2021.  The offender verbally acknowledged an understanding of his conditions, which includes special condition number 6, as noted above.

                On February 22, 2021, Mr. Arquette was directed to complete a drug and alcohol assessment at Merit Resource Services (Merit), which he did.

Prob12C
Re: Arquette, Josiah Jacob
April 8, 2021
Page 2

On March 23, 2021, this officer denied a request by Mr. Arquette to delay the start of drug and alcohol treatment by a week. On this date, Mr. Arquette was advised he has group 3 days per week, starting later this date, which he attended.

On March 24, 2021, Mr. Arquette reported to Merit and signed in for group. Prior to his treatment group starting, Mr. Arquette decided to leave Merit and not attend group. Mr. Arquette also missed group on March 25, 2021. During follow up contact with this officer, Mr. Arquette verbally admitted he skipped group to use methamphetamine.

2    **Special Condition # 7**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Arquette is alleged to have violated his conditions of supervised release by consuming Methamphetamine on February 12, 2021, and March 24, 2021, and Marijuana on March 24, 2021.

Per COVID-19 procedures, Mr. Arquette's conditions of supervised release were verbally reviewed with him on February 18, 2021. The offender verbally acknowledged an understanding of his conditions, which includes special condition number 7, as noted above.

On February 12, 2021, Mr. Arquette released from the Bureau of Prisons. Rather than boarding his bus back to the Eastern District of Washington, he consumed methamphetamine. On February 26, 2021, Mr. Arquette verbally admitted the aforementioned drug use to this officer.

On March 24, 2021, Mr. Arquette failed to attend drug and alcohol treatment, and used this time to consume marijuana and methamphetamine. During follow up, Mr. Arquette admitted the aforementioned drug use by signing a drug use admission form.

3    **Special Condition # 8**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: Mr. Arquette is alleged to have violated his conditions of supervised release by consuming alcohol on February 25, 2021.

Per COVID-19 procedures, Mr. Arquette's conditions of supervised release were verbally reviewed with him on February 18, 2021. The offender verbally acknowledged an understanding of his conditions, which includes special condition number 8, as noted above.

In the evening hours of February 25, 2021, Mr. Arquette sent this officer text messages, which caused concern for his mental health. The messages included a picture of his identification card and a message which read, "that's so u da family can have some after I'm gone." On February 26, 2021, Mr. Arquette verbally admitted to this officer the above-noted alcohol use.

Prob12C
Re: Arquette, Josiah Jacob
April 8, 2021
Page 3

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: April 8, 2021

s/ Nick Bazan

Nick Bazan
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

04/09/2021
Date