PROB 12C
(6/16)

Report Date: June 9, 2021

# United States District Court

## for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jun 09, 2021**

SEAN F. McAVOY, CLERK

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Josiah Jacob Arquette          Case Number: 0980 1:18CR02026-SMJ-1

Address of Offender:                    Toppenish, Washington 98948

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, Jr., U.S. District Judge

Date of Original Sentence: June 17, 2019

Original Offense:          Assault Resulting in Serious Bodily Injury, 18 U.S.C. § 113(a)(6) & 1153

Original Sentence:      Prison - 41 months          Type of Supervision: Supervised Release
                        TSR - 36 months

Asst. U.S. Attorney:    Ben Seal                 Date Supervision Commenced: February 12, 2021

Defense Attorney:      Jeremy Sporn             Date Supervision Expires: February 11, 2024

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on April 8, 2021.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 4 | **Special Condition #7**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Mr. Arquette is alleged to have violated his conditions of supervised release by consuming non-prescribed controlled substances, oxycodone on May 24, and June 1, 2021.

Per COVID-19 procedures, Mr. Arquette's conditions of supervised release were verbally reviewed with him on February 18, 2021. The offender verbally acknowledged an understanding of his conditions, which includes special condition number 7, as noted above.

On May 24, 2021, Mr. Arquette reported to the probation office as instructed, following his completion of residential drug and alcohol treatment. During this same appointment, Mr. Arquette was instructed to submit to urinalysis. The sample returned presumptive positive for oxycodone. Mr. Arquette signed a drug admission/denial form admitting to consuming oxycodone on May 22, 2021, while at the residential treatment facility. On June 7, 2021,

Prob12C
**Re: Arquette, Josiah Jacob**
**June 9, 2021**
**Page 2**

Alere Toxicology Services, Incorporated reported Mr. Arquette's urinalysis sample to be confirmed positive for oxycodone.

On June 2, 2021, Mr. Arquette reported to the probation office and was instructed to submit to urinalysis. The sample returned presumptive positive for oxycodone, methamphetamine and marijuana. Mr. Arquette signed a drug admission/denial form admitting to using the non-prescribed controlled substance, oxycodone on June 1, 2021. The sample was sent to Alere Toxicoloy Services, Incorporated for confirmation.

5          **Special Condition #8**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: Mr. Arquette is alleged to have violated his conditions of supervised release by consuming alcohol on May 26, and June 1, 2021.

Per COVID-19 procedures, Mr. Arquette's conditions of supervised release were verbally reviewed with him on February 18, 2021. The offender verbally acknowledged an understanding of his conditions, which includes special condition number 8, as noted above.

On May 26, 2021, Mr. Arquette called the probation office eight times making bizarre and irrational statements. On May 28, 2021, this officer confronted the offender regarding the incoherent statements he made on May 26, 2021. Mr. Arquette admitted to this officer he was under the influence of alcohol on May 26, 2021, claiming he had "too much" to drink.

On June 2, 2021, Mr. Arquette reported to the probation office and was instructed to submit to urinalysis. He subsequently admitted to consuming alcohol. Mr. Arquette signed an admission/denial form admitting to consuming alcohol on May 26, and June 1, 2021. The sample was sent to Alere Toxicology Services, Incorporated for confirmation.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    June 9, 2021
_____

s/Araceli Mendoza
_____

Araceli Mendoza
U.S. Probation Officer

Prob12C
**Re: Arquette, Josiah Jacob**
**June 9, 2021**
**Page 3**

## THE COURT ORDERS

[ ]    No Action

[ ]    The Issuance of a Warrant

[ ]    The Issuance of a Summons

[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.

[ ]    Defendant to appear before the Judge assigned to the case.

[X]   Defendant to appear before the Magistrate Judge.

[ ]    Other

_____
Signature of Judicial Officer

_____06/09/2021_____
Date