# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 29, 2021

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Josiah Jacob Arquette | Docket No. | 0980 1:18CR02026-SMJ-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Phil Casey, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Josiah Jacob Arquette, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke sitting in the Court at Yakima, Washington on the 23rd day of June 2021, under the following conditions:

**Special Condition #1:**
Defendant shall participate in a program of GPS location monitoring. Defendant shall wear at all times, a GPS device under the supervision of United States Probation/Pretrial Services Office. In the event the Defendant does not respond to GPS monitoring or cannot be found, the United States Probation/Pretrial Services Office shall notify the United States Marshals' Service, who shall immediately find, arrest, and detain Defendant. Defendant shall pay all or part of the cost of the program based upon ability to pay as determined by the United States Probation/Pretrial Services Office.

**Special Condition #2:**
Defendant shall participate in a program of GPS confinement. Defendant shall wear at all times, a GPS device under the supervision of U.S. Probation. Defendant shall be restricted at all times, to his approved residence except for: attorney visits; court appearances; case-related matters; court-ordered obligations; or other activities as pre-approved by the pretrial office or supervising officer, including but not limited to employment, religious services, medical necessities.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1**: Mr. Arquette is alleged to have violated special condition number 2 of his release on June 28, 2021, by leaving his residence without permission of the United States Probation Office.

**Violation #2**: Ms. Arquette is alleged to have violated special condition number 2 of his release on June 28, 2021, by removing his GPS location monitoring device without permission of the United States Probation Office.

On June 23, 2021, the Honorable Magistrate Judge Dimke imposed the above-noted special condition of release for Mr. Arquette until his supervised release revocation hearing on July 7, 2021.

On June 23, 2021, Mr. Arquette was enrolled in the home confinement GPS program at his grandmother's house located at Toppenish, Washington.

On June 28, 2021, Mr. Arquette cut off his GPS location monitoring device and left his approved residence without permission at 8:20 p.m. Mr. Arquette's mother stated the defendant cut off his GPS device and ran down the street toward the casino in Toppenish, Washington. After Mr. Arquette left the residence, he made no effort to contact probation to explain his situation and his current whereabouts is unknown.

PRAYING THAT THE COURT WILL ORDER A WARRANT

|  |  |
|---|---|
| by | I declare under the penalty of perjury that the foregoing is true and correct.<br><br>Executed on: June 29, 2021<br><br>s/Phil Casey<br><br>Phil Casey<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

*M. K. Dinkle*

Signature of Judicial Officer
6/29/2021
Date