PROB 12C
(6/16)

Report Date: September 2, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 02, 2021

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Josiah Jacob Arquette | Case Number: 0980 1:18CR02026-SMJ-1 |
| Address of Offender: | Toppenish, Washington 98948 |

Name of Sentencing Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Judge

Date of Original Sentence: June 17, 2019

| | |
|---|---|
| Original Offense: | Assault Resulting in Serious Bodily Injury, 18 U.S.C. § 113(a)(6) & 1153 |
| Original Sentence: | Prison 41 months<br>TSR - 36 months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Todd Swensen |
| | Date Supervision Commenced: February 12, 2021 |
| Defense Attorney: | Jeremy B Sporn |
| | Date Supervision Expires: February 11, 2024 |

## PETITIONING THE COURT

To issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 04/08/2021, 06/09/2021, 06/22/2021, 07/01/2021.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 12 | **Special Condition # 7**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Mr. Arquette is alleged to have violated his conditions of supervised release by consuming controlled substances, methamphetamine and oxycodone, on August 30, 2021. |
| | Per COVID-19 procedures, Mr. Arquette's conditions of supervised release were verbally reviewed with him on February 18, 2021. The offender verbally acknowledged an understanding of his conditions, which includes special condition number 7, as noted above. |
| | On August 31, 2021, Mr. Arquette reported to the U.S. Probation Office as instructed. During this same appointment, Mr. Arquette was instructed to submit to a urinalysis (UA). He subsequently admitted he consumed methamphetamine and oxycodone on August 30, 2021. |

Prob12C
**Re: Arquette, Josiah Jacob**
**September 2, 2021**
**Page 2**

        Mr. Arquette signed a drug admission/denial form, admitting to consuming the substances on the above-listed date. During this same appointment, a UA sample was collected which returned presumptive positive for methamphetamine.

13        **Special Condition # 8**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

        **Supporting Evidence**: Mr. Arquette is alleged to have violated his conditions of supervised release by consuming alcohol on August 27 and 30, 2021.

        Per COVID-19 procedures, Mr. Arquette's conditions of supervised release were verbally reviewed with him on February 18, 2021. The offender verbally acknowledged an understanding of his conditions, which includes special condition number 8, as noted above.

        On August 31, 2021, Mr. Arquette reported to the probation office as instructed. During this same appointment, Mr. Arquette was instructed to submit to a UA. He subsequently admitted consuming alcohol on August 27 and 30, 2021. Mr. Arquette signed a drug admission/denial form, admitting to consuming alcohol on the above-listed dates.

14        **Special Condition # 6**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

        **Supporting Evidence**: Mr. Arquette is alleged to have violated his conditions of supervised release by failing to complete a substance abuse evaluation on September 1, 2021, as directed.

        Per COVID-19 procedures, Mr. Arquette's conditions of supervised release were verbally reviewed with him on February 18, 2021. The offender verbally acknowledged an understanding of his conditions, which includes special condition number 6, as noted above.

        On August 31, 2021, while Mr. Arquette was in the probation office, this officer contacted Merit Resource Service (Merit) via telephone to schedule a substance abuse assessment. Merit indicated Mr. Arquette could report the following day for a walk-in assessment and was provided instructions.

        On September 1, 2021, in the morning hours, Mr. Arquette contacted this officer via cellular telephone and indicated he was at Merit but was unable to complete his assessment at this time. The offender was reminded he is to report to Merit on this same date during their walk-in assessment hours. Mr. Arquette verbalized an understanding and confirmed he would return to complete his assessment.

Prob12C
Re: Arquette, Josiah Jacob
September 2, 2021
Page 3

On September 2, 2021, Merit reported to the undersigned officer that Mr. Arquette failed to report for a walk-in assessment on September 1, 2021, as directed.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 2, 2021

s/Araceli Mendoza

Araceli Mendoza
U.S. Probation Officer

## THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

09/02/2021
Date