PROB 12C
(6/16)

Report Date: October 16, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 16, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Josiah Jacob Arquette | Case Number: 0980 1:18CR02026-SAB-1 |
| Address of Offender: ▆▆▆▆▆▆▆▆▆▆ Toppenish, Washington 98948 | |

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, Jr., U.S. District Judge

Name of Supervisory Judicial Officer: The Honorable Stanley A Bastian, Chief U.S. District Judge

Date of Original Sentence: June 17, 2019

| | | |
|---|---|---|
| Original Offense: | Assault Resulting in Serious Bodily Injury, 18 U.S.C. §§ 113(a)(6) and 1153 | |
| Original Sentence: | Prison - 41 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(09/21/2021) | Prison - 6 months<br>TSR - 30 months | |
| Asst. U.S. Attorney: | Todd Swensen | Date Supervision Commenced: January 5, 2022 |
| Defense Attorney: | Alex B Hernandez , III | Date Supervision Expires: July 4, 2024 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**:  Mr. Arquette is considered in violation of his supervised release conditions by being arrested for assault domestic violence and theft on October 7, 2023.<br><br>On October 6, 2023, per the Yakama Nation Police Department (YNPD) report number 23-006580, at approximately 11:32 p.m., within the exterior boundaries of the Yakama Nation Reservation, Officer LittleBull was detailed to 1000 Blue Heron Road, Toppenish, Washington, in reference to a domestic call.<br><br>SSS reported that his mother, MS, was assaulted by his brother, Josiah J. Arquette (DOB 06/16/1998).  MS did not need medical attention.<br><br>At about 11:39 p.m., Officer Littlebull arrived and contacted MS.  MS advised she had returned home (1002 Blue Heron Rd) around 10:30 p.m.  Officer LittleBull noted that 1000 |

Prob12C
**Re: Arquette, Josiah Jacob**
**October 16, 2023**
**Page 2**

Blue Heron and 1002 Blue Heron are right next door to each other. Upon MS's arrival, she saw that Mr. Arquette was trying to fight TA. Mr. Arquette was walking toward TA. JL grabbed onto Mr. Arquette to keep him from getting to TA. JL and TA left the area due to Mr. Arquette wanting to fight.

Mr. Arquette kept yelling and getting mad at TA and JL. MS had to tell Mr. Arquette that they were gone and to calm down. MS advised Mr. Arquette was intoxicated and thought he may be on an illicit substance. MS stated Mr. Arquette uses "meth." Mr. Arquette eventually came into MS's bedroom and started to yell at her. MS told Mr. Arquette she was calling the police.

Mr. Arquette took MS's 64G Moto G 5G cellular phone out of her hands and walked out of the house. Sometime later, Mr. Arquette returned and went inside the house. Mr. Arquette told MS he wanted the charger for his phone. MS told Mr. Arquette she would not give him his charger until he returned her phone. Mr. Arquette became upset yelling that she was a "bad mom." MS began stepping backwards from Mr. Arquette. MS tripped and fell to the ground. Before MS could get back up, Mr. Arquette placed both hands on her head and shoved her down. This caused pain in MS's shoulder and wrist. The officer observed a small abrasion on MS's right wrist. The officer photographed the abrasion; the photo was attached to the case file. MS advised her shoulder and wrist still hurt but refused medical attention.

Mr. Arquette stood over MS and kept yelling that she was a "bad mom." The officer asked MS how many times Mr. Arquette pushed her. MS stated Mr. Arquette had just pushed her down the one time. MS feared for her safety during the altercation. Mr. Arquette eventually left the residence. MS was unable to call police due to not having a phone. Mr. Arquette was reported to be wearing black sweats with white stripes on the sides and a black Tribal school sweater.

MS advised after about an hour, SSJ returned home to 1000 Blue Heron Road. MS told SSJ what happened. SSJ called his father, SSS. SSS then called dispatch to report the incident. MS completed a voluntary statement form. The statement was attached to the case file.

MS advised she did not remember the exact amount she had paid for the Moto 5G, but knew it was over $200. MS had the box for the phone. The officer photographed the box and attached the photo to the case file. MS advised she was going to stay at 1000 Blue Herron for the night. SSJ advised his brother, CS, had a phone and they would call if Mr. Arquette returned. The officer cleared this contact at 11:49 p.m.

At about 11:53 p.m., Officer LittleBull was advised DA called reporting she had seen Mr. Arquette walking on South Track Road near Blue Heron Road. The officer noted that Blue Heron and South Track do not intersect but Parton Road intersects with both roads. The officer checked Parton Road and South Track Road. The officer contacted DA for a better description of the location. DA advised she had seen Mr. Arquette on South Track walking near the Toppenish Livestock Commission, 428 G Street, Toppenish. The officer checked the area but was unable to locate Mr. Arquette. The officer cleared this contact at 12:32 a.m.

On October 7, 2023, at approximately 12:40 p.m., dispatch advised MS reported someone had seen Mr. Arquette at Legends Casino (580 Fort Road). The officer arrived at the casino

and advised casino security that he was looking for Mr. Arquette. The officer began walking through the casino. He observed a male matching the description given by MS. As the officer approached the male, the officer recognized him to be Mr. Arquette. The officer advised Mr. Arquette he was under arrest pending charges of assault and battery and theft. Mr. Arquette was taken into custody and placed in the back of the officer's patrol vehicle.

The officer read Mr. Arquette his Constitutional Rights and warnings from his department card. Mr. Arquette advised he understood his rights. Mr. Arquette at first did not want to talk about the incident. The officer advised Mr. Arquette that was fine. Mr. Arquette then stated he wanted to talk. Mr. Arquette advised he had bought a fifth of "cheap whiskey" earlier in the night. The officer asked what had happened with TA. Mr. Arquette did not want to speak about that. The officer asked Mr. Arquette if he had pushed his mother, MS. Mr. Arquette admitted he used two hands and shoved MS down. Mr. Arquette then went on about past trauma with his mother and became emotional. The officer asked Mr. Arquette if he had taken the phone. Mr. Arquette did not say if he did. The officer asked Mr. Arquette where the phone was. Mr. Arquette advised he did not want to speak about the phone. The officer thanked Mr. Arquette for speaking with him.

Officer LittleBull transported Mr. Arquette to the jail where he was booked in. Mr. Arquette was issued criminal citation 74628 for violations of the Revised Yakama Code (RYC) 10.01.11, Assault and Battery; and RYC 10.01.149, Theft. Both charges are enhanced by the domestic violence (DV) code as MS is Mr. Arquette's mother and the two reside in the same residence. The citation was explained and Mr. Arquette was issued his copy. The officer cleared the jail at 1:40 a.m.

2   **Special Condition #7**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**:  Mr. Arquette is considered in violation of his supervised release conditions by consuming alcohol on or about October 6, 2023.

Please refer to the supporting evidence in violation #1 for details.

3   **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**:  Mr. Arquette is considered in violation of his supervised release conditions by consuming marijuana on or about between September 25, 2023, and October 3, 2023.

On September 25, 2023, Mr. Arquette reported to Merit Resource Services (Merit) for random urinalysis (UA) testing. A urine sample was collected and it was presumptive positive for marijuana. The specimen was sent to Alere Toxicology Services (Alere) for confirmation testing.

Prob12C
Re: Arquette, Josiah Jacob
October 16, 2023
Page 4

|   |   |   |
|---|---|---|
|   |   | On October 6, 2023, this officer received the test results from Alere, and Mr. Arquette's urine sample was confirmed positive for marijuana. |
|   |   | On this same date, Mr. Arquette reported in person to the probation office and submitted to UA testing. The specimen was presumptive positive for marijuana. Mr. Arquette admitted to having last consumed marijuana on or about October 3, 2023. |
| 4 |   | **Special Condition #7**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance. |
|   |   | **Supporting Evidence**: Mr. Arquette is considered in violation of his supervised release conditions by consuming alcohol on or about October 2, 2023. |
|   |   | On October 6, 2023, Mr. Arquette reported in person to the probation office and submitted to UA testing. He was advised that the UA specimen would be sent to Alere for testing of alcohol. Mr. Arquette admitted having consumed alcohol on or about October 2, 2023. |
|   |   | On October 11, 2023, the UA results were received from Alere, and the urine specimen collected on October 6, 2023, was negative for alcohol. |

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   October 16, 2023

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

*Stanley A. Bastian*
Signature of Judicial Officer

10/16/2023
Date